UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MICHAEL RITCHIE STUBBS**;
2. OSCAR RAMIRO CONTRERAS,

      Defendants.

---

### MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on **Tuesday, January 25, 2011.**  A Change of Plea hearing is set for **Thursday, February 17, 2011 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      The hearing set for **Thursday, January 27, 2011** is **VACATED.**

      Dated:  January 25, 2011