UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL RITCHIE STUBBS**;
2. OSCAR RAMIRO CONTRERAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, Defendant Stubbs' Change of Plea Hearing set for February 17, 2011 at 11:00 a.m. is **VACATED.  The parties are ordered to contact my chambers at 303-844-2170 not later than February 24, 2011 in order to reset the hearing.**

    Dated:  February 17, 2011