UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **MICHAEL RITCHIE STUBBS**;
2.  OSCAR RAMIRO CONTRERAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing for Defendant Michael Ritchie Stubbs is reset for **Monday, February 28, 2011 at 11:00 a.m.**

    Dated:  February 22, 2011