UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MICHAEL RITCHIE STUBBS**;

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Sentencing hearing set for Thursday, May 12, 2011 at 3:00 PM is **VACATED** and **RESET** for the same day, Thursday, May 12, 2001, at **2:00 PM**

      Dated:  March 30, 2011